**No. 60169.**—W. X. Huber Co. *v.* United States, protests 845811–G, etc. (Los Angeles).

Opinion by Rao, J. In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiff was sustained with respect to said 20 percent of the merchandise.

**No. 60170.**—California Mill Supply Corp. et al. *v.* United States, protests 952895–G, etc. (Los Angeles).

Opinion by Rao, J. In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiffs was sustained with respect to said 20 percent of the merchandise.

**No. 60171.**—W. A. Ballinger & Co. et al. *v.* United States, protests 972302–G, etc. (Seattle).

Opinion by Rao, J. In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiffs was sustained with respect to said 20 percent of the merchandise.

**No. 60172.**—W. A. Ballinger & Co. et al. *v.* United States, protests 974271–G (A), etc. (Los Angeles).

Opinion by Rao, J. In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiffs was sustained with respect to said 20 percent of the merchandise.

**No. 60173.**—Cotton Products Corp. et al. *v.* United States, protests 60646–K, etc. (Los Angeles).

Opinion by Rao, J. In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiffs was sustained with respect to said 20 percent of the merchandise.

**No. 60174.**—W. A. Ballinger & Co. *v.* United States, protest 219783–K (San Francisco).